## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FAMOUS DISTRIBUTION, INC., | ) | CASE NO. 1:22-cv-00837 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Famous Distribution, Inc. and Defendants Liberty Mutual Insurance Company and Liberty Mutual Group hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

/s/ Sean T. Koran
Mark R. Koberna (Ohio No. 0038985)
Sean T. Koran (Ohio No. 85539)
SONKIN & KOBERNA, LLC
3401 Enterprise Parkway, Ste. 400
Cleveland, Ohio 44122
(216) 514-8300 (phone)
(216) 514-4467 (facsimile)
mkoberna@sklawllc.com (e-mail)
skoran@sklawllc.com (e-mail)

*Counsel for Famous Distribution, Inc.*

/s/ David W. Walulik
David W. Walulik  (Ohio No. 0076079)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
(513) 651-6800 (phone)
(513) 651-6981 (facsimile)
dwalulik@fbtlaw.com (e-mail)

*Counsel for Liberty Mutual Insurance Company and Liberty Mutual Insurance Group*

Dated:  February 15, 2023

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing *Stipulation of Dismissal* has been served upon counsel for all parties by virtue of the Court's electronic filing system, this 15th day of February 2023.

> /s/ Sean T. Koran
> Sean T. Koran (0085539)
>
> *One of the Attorneys for Plaintiff*